Judge Marsha J. Pechman

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>ISRAEL VELASCO DIAZ,<br><br>Defendant. | NO. CR10-0213MJP-1<br><br>**ORDER DISMISSING INDICTMENT** |

Leave of court is hereby GRANTED for the filing of the foregoing dismissal.

DATED this 28 day of December, 2017.

*[signature]*
Marsha J. Pechman
United States District Judge

Presented by:

*s/ Norman M. Barbosa*
NORMAN M. BARBOSA
Assistant United States Attorney

ORDER TO DISMISS INDICTMENT/Diaz
CR10-0213MJP-1 - Page 1